UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

Eastern Di...

JUN 2 6 2006

AT COVING...
LESLIE...
CLERK U S DISTRICT COURT

**CRIMINAL MISC. NO. 05-6-DLB**

**UNITED STATES OF AMERICA**                  **PLAINTIFF**

vs.                  **ORDER**

**JASON WAYNE ARTRIP**                  **DEFENDANT**

*******************************

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (Doc. #24); and there being no objections filed thereto; and Defendant having waived his right of allocution (Doc. #25); and the Court being sufficiently advised;

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of the United States Magistrate Judge (Doc. #24) be, and it is, hereby **adopted** as the findings of fact and conclusions of law of the Court; that Defendant is found to have **violated** the terms of his supervised release; that Defendant is **sentenced** to the custody of the Attorney General for a period of **twelve (12) months and one (1) day,** with no further supervised release to follow; that to the extent available through the Bureau of Prisons, Defendant shall be incarcerated at a federal correctional institution in Lexington, Kentucky or as close thereto as possible; and that Defendant shall pay immediate restitution in the sum of $6,406.00. A Judgment shall enter concurrently herewith.

This 26th day of June, 2006.



Signed By:
*David L. Bunning*
United States District Judge

G:\DATA\ORDERS\CovCrim\2005\05-6-ReleaseViolation.wpd